# SUPREME COURT OF WISCONSIN

| | |
|---|---|
| CASE No.: | 2019AP629 |

| | |
|---|---|
| COMPLETE TITLE: | Jama I. Jama,<br><br>   Plaintiff-Appellant,<br><br>  v.<br><br>Jason C. Gonzalez and Wisconsin Lawyers Mutual Insurance Company,<br><br>   Defendants-Respondents-Petitioners. |

REVIEW OF DECISION OF THE COURT OF APPEALS
Reported at 3995 Wis. 2d 655,954 N.W.2d 1
PDC No:2021 WI App 3 - Published

| | |
|---|---|
| OPINION FILED: | October 20, 2021 |
| SUBMITTED ON BRIEFS: | |
| ORAL ARGUMENT: | October 1, 2021 |

| | |
|---|---|
| SOURCE OF APPEAL: | |
|  COURT: | Circuit |
|  COUNTY: | Dane |
|  JUDGE: | Valerie Bailey-Rihn |

| | |
|---|---|
| JUSTICES: | |
| Per Curiam. | |
| NOT PARTICIPATING: | |
| KAROFSKY, J., did not participate. | |

ATTORNEYS:

For the defendants-respondents-petitioners, there were briefs filed by *Peyton B. Engel, Catherine E. White, Stephen P. Hurley,* and *Hurley Burish, S.C.*, Madison. There was an oral argument by *Peyton B. Engel.*

For the plaintiff-appellant, there was a brief filed by *Kevin G. Raasch, David J. Lang,* and *Judge Lang & Katers, LLC*, Wauwatosa. There was an oral argument by *Kevin G. Raasch.*

2021 WI 79

NOTICE

**This opinion is subject to further editing and modification. The final version will appear in the bound volume of the official reports.**

No. 2019AP629
(L.C. No. 2018CV1478)

STATE OF WISCONSIN     :     IN SUPREME COURT

**Jama I. Jama,**

    **Plaintiff-Appellant,**

    **v.**

**Jason C. Gonzalez and Wisconsin Lawyers Mutual Insurance Company,**

    **Defendants-Respondents-Petitioners.**

**FILED**

**OCT 20, 2021**

Sheila T. Reiff
Clerk of Supreme Court

---

REVIEW of a decision of the Court of Appeals. *Affirmed.*

¶1   PER CURIAM. The decision of the court of appeals is affirmed by an equally divided court.

¶2   JILL J. KAROFKSY, J., did not participate.